**Phyllis G. THOMPSON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3005.

United States Court of Appeals, Federal Circuit.

DECIDED: June 9, 2003.

Before LOURIE, SCHALL, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.